UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| | | |
|---|---|---|
| GLADYS HELEN KING, | ) | |
| | ) | CASE NO.: 2:14-CV-1240-RCJ-VCF |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| HEALTHCARE PARTNERS MEDICAL GROUP, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #4) entered on August 7, 2014, in which the Magistrate Judge recommends that the Court deny Plaintiff's application to proceed *in forma pauperis* (ECF #1). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #4) in part as follows:

IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF #1) is DENIED.

IT IS SO ORDERED this 28th day of August, 2014.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE